■ BENJAMIN K. BAKER, Appellant, v DANA E. BAKER, Respondent. [953 NYS2d 526]—Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered August 8, 2011 in a divorce action. The judgment, insofar as ap-

pealed from, directed plaintiff to pay to defendant weekly child support of $252.22.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.